# **EXHIBIT A**

## Kushner, Sarah

| | |
|---|---|
| **From:** | Sadok, Melanie (Law) <msadok@law.nyc.gov> |
| **Sent:** | Saturday, October 22, 2016 4:19 PM |
| **To:** | Denerstein, Mylan L.; 'Andrew.Amer@ag.ny.gov' |
| **Cc:** | 'Melanie Sadok'; 'Wan, Hsiao-Hsiang'; Neufeld, Sheryl (Law); Blavin, Jonathan; Kushner, Sarah |
| **Subject:** | RE: follow up |

The City did not make a representation that it would not enforce retroactively through Tuesday. In fact, because no such representation was made, after the argument, the parties had a discussion about the possibility of an extension of time in the briefing schedule in exchange for agreeing to not retroactively enforce. I then discussed that option with my clients and reported back to you the result this morning.

Regards,
Melanie Sadok

---

**From:** Denerstein, Mylan L. [mailto:MDenerstein@gibsondunn.com]
**Sent:** Saturday, October 22, 2016 12:28 PM
**To:** Sadok, Melanie (Law); 'Andrew.Amer@ag.ny.gov'
**Cc:** 'Melanie Sadok'; 'Wan, Hsiao-Hsiang'; Neufeld, Sheryl (Law); Blavin, Jonathan; Kushner, Sarah
**Subject:** RE: follow up

Melanie,

Yesterday, the City represented to Judge Koeltl that 1) the City was not in a position to enforce the law for a couple of weeks and 2) that the City would not enforce the law retroactively as against Airbnb until at least through Tuesday. Has the City changed its position? Does the City now intend to enforce retroactively against Airbnb to the effective date of the law?

Thanks,

Mylan

**Mylan Denerstein**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3850 • Fax +1 212.351.6350
MDenerstein@gibsondunn.com • www.gibsondunn.com

---

**From:** Sadok, Melanie (Law) [mailto:msadok@law.nyc.gov]
**Sent:** Saturday, October 22, 2016 10:49 AM
**To:** Denerstein, Mylan L. <MDenerstein@gibsondunn.com>; 'Andrew.Amer@ag.ny.gov' <Andrew.Amer@ag.ny.gov>
**Cc:** 'Melanie Sadok' <mvsadok@gmail.com>; 'Wan, Hsiao-Hsiang' <HHWan@cityhall.nyc.gov>; Neufeld, Sheryl (Law) <sneufeld@law.nyc.gov>
**Subject:** follow up

1

Hi Counselors

I am writing to follow up on our conversation after argument regarding the possibility of agreeing to not conduct retroactive enforcement in exchange for additional time to brief the TRO. My client has not authorized me to make such agreement.

Thank you.

Melanie Sadok

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---