

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
Attorney General

KENT T. STAUFFER
Executive Deputy Attorney General
Division of State Counsel

*Writer's Direct Dial: 212-416-6127*

LISA R. DELL
Assistant Attorney General in Charge
Litigation Bureau

October 24, 2016

<u>VIA ECF</u>

Re: Airbnb, Inc. v. Schneiderman, et al.,
<u>Case No. 16-cv-08239 (KBF)</u>

The Honorable Katherine V. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Forrest:

  I represent defendant Eric Schneiderman, Attorney General of the State of New York, in his official capacity (the "State"), in the above-referenced action. Enclosed please find for review and approval a stipulation entered into between the State and plaintiff Airbnb, Inc. resolving as between them the plaintiff's pending application for a temporary restraining order.

              Respectfully submitted,

              /s/ Andrew Amer
              Andrew Amer

cc: All Counsel (via e-mail and ECF)