```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
AIRBNB, INC.                                                  :
                                                              :
                                        Plaintiff,            :
                                                              :
                -v-                                           :      16-cv-8239 (KBF)
                                                              :
ERIC SCHNEIDERMAN et al.,                                     :           ORDER
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X
```

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: October 26, 2016 |

KATHERINE B. FORREST, District Judge:

The Court notes that it has received certain documents in this action that do not yet appear on the public docket (e.g., the summons and plaintiff's motion for a temporary restraining order and preliminary injunction, as well as the supporting papers). The parties are hereby directed to file on the public docket all documents that have been submitted to the Court to date.

Going forward, if the parties wish to file documents under seal or seek to submit documents for in camera review, they must either:

1) Negotiate a protective; or

2) Make a separate application with respect to each document, explaining why such document should be received in such manner.

In all events, **each time** a party files a document under seal, it must file a letter on the public docket noting such submission. The letter filed on the public docket should contain enough information to create a record of all under seal/in

camera submissions.  This allows the Court and parties to use the docket to locate the dates of certain filings.  Of course, such filings on the public docket need not reveal the particular substance of any submissions filed under seal.

    SO ORDERED.

Dated:    New York, New York
           October 26, 2016

_____
KATHERINE B. FORREST
United States District Judge