UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

AIRBNB, INC.

                                Plaintiff,

                      -v-                         16-cv-8239 (KBF)

ERIC SCHNEIDERMAN et al.,                    ORDER

                              Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 31, 2016

KATHERINE B. FORREST, District Judge:

      As discussed with all parties this morning via telephone, the status conference scheduled for today, October 31, 2016, at 1:00 p.m. is adjourned. The parties are to provide the Court with a written status update by the end of the week.

      SO ORDERED.

Dated:     New York, New York
              October 31, 2016

                                                  _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge