

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MELANIE SADOK
Administrative Law Division
Tel:  (212) 356-4317
msadok@law.nyc.gov

November 4, 2016

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      Re:   *Airbnb v. Schneiderman, et al*, 16 cv 8239 (KBF)

Dear Judge Forrest:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants the City of New York and Bill de Blasio, Mayor of the City of New York, in the above-referenced matter. I am writing with the consent of the parties to provide your Honor with a status update in accordance with the Court's October 31, 2016 order.

      The parties are continuing to discuss the course of this litigation, and respectfully request that the Court continue to postpone the scheduling of a conference at this time. The parties propose to provide the Court with another status update on or by November 18, 2016.

Respectfully,

*Melanie V Sadok*

Melanie V. Sadok
Assistant Corporation Counsel