

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MELANIE SADOK<br>Administrative Law Division<br>Tel:  (212) 356-4317<br>msadok@law.nyc.gov |

November 18, 2016

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

        Re:   *Airbnb v. Schneiderman, et al*, 16 cv 8239 (KBF)

Dear Judge Forrest:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants the City of New York and Bill de Blasio, Mayor of the City of New York ("City Defendants"), in the above-referenced matter. I am writing with the consent of Plaintiff to provide your Honor with a status update in accordance with the Court's November 4, 2016 order.

        Plaintiff and the City Defendants are continuing to discuss the course of this litigation, and respectfully request that the Court continue to postpone the scheduling of a conference at this time. We propose to provide the Court with another status update on or by December 2, 2016.

        Respectfully,

        Melanie V. Sadok
        Assistant Corporation Counsel